1

2

3
## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

4

5    CANAL INSURANCE COMPANY, a      )    CASE NO.  1:09-cv-02104-OWW-DLB
     South Carolina corporation,         )    [Assigned to Judge Oliver W. Wanger,
6                                         )    Courtroom: 3]
                       Plaintiff,         )
7                                         )
            vs.                           )    **ORDER RE: DEFENDANTS' MOTION TO**
                                          )    **DISMISS**
8    DARA TRANSPORT, INC., a Rhode        )
     Island  Corporation; CHANDARA        )
9    ROTH POK, an individual, SILA SOK,   )
     an individual, DRP, a minor by and   )
10   through his Guardian Ad Litem, SILA  )
     SOK, and DOES 1 through 100,         )
11   inclusive,                           )
                       Defendants.        )
12   _____ )

13

14          The  hearing  on  Defendants'  Motion  to  Dismiss  Plaintiff's  Complaint,  or  in  the

15   Alternative,  to  Stay  the  Action  was  heard  before  the  Court  on  June  14,  2010,  before  the

16   Honorable Judge Oliver W. Wanger.

17          After full consideration of the pleadings filed in support of and opposition to this motion,

18   and after hearing oral argument by counsel,

19          IT IS ORDERED that:

20          1.     The complaint is DISMISSED, without prejudice;

21          2.     Plaintiff shall file an amended complaint within fifteen (15) days of the filing

22                 of the order;

23          3.     Defendant shall file a response within fifteen (15) days of receipt of the amended

24                 complaint.

25   IT IS SO ORDERED.

26   **Dated:    July 6, 2010**                    _____/s/ Oliver W. Wanger_____
                                                   UNITED STATES DISTRICT JUDGE
27

28