UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CANAL INSURANCE COMPANY,        )
                                )   1:09-CV-02104 OWW SKO
                                )
            Plaintiff,          )
                                )
     v.                         )   ORDER DISMISSING ACTION
                                )
DARA TRANSPORT, INC., et al.    )
                                )
                                )
            Defendants.         )
                                )
_____)
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a),

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:  September 15, 2010**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

1